# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Tampa Division

### CIVIL RIGHTS COMPLAINT FORM

Ronald A Joseph Jr

CASE NUMBER: 8:21 CV 2544 SDM-AAS
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

(Sherriff Chris Nocco)
Pasco County Sherrif Dept
Newport Richey Police Dept
Port Richey P.D.     ET.EL.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Pasco County Jail
(Indicate the name and location)
20101 Central Blvd Land O'Lakes fl 34637

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

filing fee is paid.

[SPECIAL NOTE: To begin the in forma pauperis process, you must first execute the attached Affidavit of Indigency, setting forth information that establishes your financial status. You are required to answer every question on the Affidavit, have it properly notarized, and ensure that an authorized official at the institution completes the Affidavit Certificate. You must also provide the court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint].

[SPECIAL NOTE: Notwithstanding the above, the party or parties seeking leave to proceed in forma pauperis may be required to pay, as a condition to allowing the case to proceed in forma pauperis, a stated portion of the Clerk's and/or Marshal's fees.]

(10) In forma pauperis status does not entitle you to free copies of pleadings, motions, orders, or docket reports. The cost is 50 cents per page.

(11) After completing the Complaint and Affidavit of Indigency, mail the original Complaint, and one copy of the Complaint for each named defendant, along with the original Affidavit(s) of Indigency, to the Clerk's Office using the address in number 7 above. All copies of the Complaint must be identical to the original. You should also retain one copy of the complaint and all future pleadings and motions filed with the court for your personal records.

(12) You must immediately advise the Court of any change of address and entitle the document "Notice to the Court of Change of Address." This notice shall contain the address change and the effective date. **FAILURE TO DO SO COULD RESULT IN THE DISMISSAL OF YOUR ACTION.**

(13) **The Complaint and the Affidavit of Indigency or the filing fee should be submitted together. Further, after receiving notice from the Clerk's Office of your case number, you must include the case number on all checks submitted for payment of filing fees and on all filings.**

(14) Parties should not correspond with the Court in letter form. Instead, the parties should file a pleading or motion with a title that briefly summarizes the content of the pleading or motion. Any correspondence addressed directly to a District Judge or Magistrate Judge will be stricken and returned.

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance  N/A

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance  N/A

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.  Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)?  Yes ( )  No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status?  Yes ( )  No (✓)

       a. If so, did you go through the informal grievance, formal grievance and appeal process?  Yes ( )  No (✓)

       b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.  N/A

B.  Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (X)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __22__ day of __October__, 20__21__.

_____
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (X)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (X)

C. If your answer is YES:
   1. What steps did you take? __N/A__
   2. What were the results? __N/A__
   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: __N/A__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __22__ day of __October__, 2 __021__.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. PREVIOUS LAWSUITS:

   A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
      Yes ( )  No (X)

   B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
      Yes ( )  No (X)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

      1. Parties to previous lawsuit:
         Plaintiff(s): __N/A__
         Defendant(s): __N/A__

      2. Court (if federal court, name the district; if state court, name the county):
         __N/A__

      3. Docket Number: _____

      4. Name of judge: _____

      5. Briefly describe the facts and basis of the lawsuit: _____

      6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
         __N/A__

      7. Approximate filing date: __N/A__
      8. Approximate disposition date: __N/A__

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
N/A
_____
_____

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Ronald A Joseph Jr

   Mailing address: 2010 Central blvd Land o' Lakes Fl, 34637
   CC, R. Joseph C/O Lawrence Arduini 1338 Preservation way Oldsmar Fl 34677

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Sherrif Christopher Nocco

   Mailing Address: 8700 Citizens ave New port Richey 34652

   Position: Sherrif

   Employed at: Pasco County Sherrifs dept.

D. Defendant: New port Richey police 6739 //

   Mailing Address: Adams St. New port Richey 34652

   Position: Local Police

   Employed at: City of New port Richey

DC 225 (Rev. 9/03)

6

E. Defendant: Port Richey Police Dpt.
Mailing Address: 6333 Ridge Rd. 34668

Position: Local police
Employed at: City of Port Richey

F. Defendant: " N/A
Mailing Address: N/A

Position: N/A
Employed at: "

G. Defendant:
Mailing Address: " N/A

Position: " N/A
Employed at:

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

4th Amendment, Deprived equal protections under Law, The whole bill of rights 1-14 Amendments 1st Amendment 3rd Amendment 4th Amendment 5th 6th Amendment, I mean what is being punished without committing a crime, being convicted without being indited, or commiting a crime, Due process of Law, equal protection, This violates ex pos Facto also,

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

IN Person or by Proxey
Pasco Sherrif Chris Nocco has put my Name on a prolific ofenders List, That uses psxeudo science to creat algorithems to decide who should be harrased and arrested pre-crimes; yes! before I committed a crime, It has caused ilegal stop and frisks, multiple terry stops and Harrassment even though I hadn't committed a crime, Due to Chris Noccos list I have lost every thing and suffer from PTSD I so scared of police as they totaly Disregard your rights if you are on this list which they share with New Port Richey, who has violated my 4th Amendment Rights on record held me for 3 hours for a licence plate frame that wasn't obsructin the state Identifier, This is a brier Somnery Including But not limmited to stop frisks and (terry stops)

DC 225 (Rev. 9/03)    8

Statement of Facts, continued:

Since I've been on this list I have recieve harassments. In person or by proxy sherrif Nocco has caused my civil rights to be violated. Due to this tyranical policy that is all over the news and being challenged by others in county, state, and fedral court. Maybe a class action I'm not sure and have [no] ability to find out as I'm in jail again due to being illegaly detained and arrested again, because I'm on the prolific offender list. I have called to report bikes stolen and recived no help, Port Richey police siezed my bike without warrent being arrested insted of trespassed. I have recieved every kind of civil rights voilation as a result of being on this "Prolific Ofender list. I suffer from PTSD due to this policy, I'm also by polar/manic depressent who suffers from dyslexia, I see shadows of sherrifs when I wake and can't move with fear, This is PTSD from this list.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want my NAme removed from this prolific offenders list and to be awarded money damages of $100,000 and have the police and sherrifs stop using this tyranical practice

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 22 day of October, 2021.

(Signatures of all Plaintiffs)